UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

  vs.

ROGER L. THOMPSON,
    a/k/a "Roger L. Carroll-May,"

    Defendant.
_____/

**INDICTMENT**

The Grand Jury charges:

## COUNT 1
### (Theft or Embezzlement of Mail Matter by Postal Employee)

On or about October 31, 2023, in Ottawa County, in the Southern Division of the Western District of Michigan, the Defendant,

**ROGER L. THOMPSON,**
**a/k/a "Roger L. Carroll-May,"**

a United States Postal Service employee, stole, abstracted, and removed a gift card from mail that had been entrusted to him and that had come into the Defendant's possession intended to be conveyed by mail or carried or delivered by any carrier, messenger, agent, or other person employed in any department of the Postal Service.

18 U.S.C. § 1709

## COUNT 2
**(Theft or Embezzlement of Mail Matter by Postal Employee)**

On or about November 2, 2023, in Ottawa County, in the Southern Division of the Western District of Michigan, the Defendant,

**ROGER L. THOMPSON,
a/k/a "Roger L. Carroll-May,"**

a United States Postal Service employee, embezzled and stole approximately twelve pieces of mail entrusted to him and that had come into the Defendant's possession intended to be conveyed by mail or carried or delivered by any carrier, messenger, agent, or other person employed in any department of the Postal Service.

18 U.S.C. § 1709

A TRUE BILL

[ /s/ Redacted ]
_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_[signature]_
_____
STEPHANIE M. CAROWAN
Assistant United States Attorney

2